# In the United States Court of Federal Claims

|  |  |
|---|---|
| _____ ) | |
| TIKIGAQ CONSTRUCTION, INC.,  ) | |
| ) | |
| Plaintiff,  ) | No. 16-708C |
| ) | |
| v.  ) | Filed August 22, 2016 |
| ) | |
| THE UNITED STATES,  ) | |
| ) | |
| Defendant,  ) | |
| ) | |
| v.  ) | |
| ) | |
| SAMES, INC.,  ) | |
| ) | |
| Intervenor-Defendant.  ) | |
| _____ ) | |

## ORDER

On June 21, 2016, the Court issued a Scheduling Order that, among other things, provided that the Court would hold oral argument on the parties' cross-motions for judgment upon the administrative record on September 8, 2016, if warranted (docket entry no. 13).  The Court has determined that oral argument is not warranted.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge